UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21528-CIV-UU

PEDRO VALENTIN MUNIZ GONZALEZ            )
and all others similarly situated under 29      )
U.S.C. 216(b),                                                )
                                                                      )
                    Plaintiff,                                 )
       vs.                                                         )
                                                                      )
                                                                      )
MOISES BAKERY OF MIAMI, INC. a/k/a    )
MOISES BAKERY,                                        )
JOAQUIN BRAS,                                          )
JACQUELIN BRAS,                                      )
                                                                      )
                    Defendants.                            )
_____)

**PLAINTIFF'S STATEMENT OF CLAIM**

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (6/1/14-9/1/14):**
Weeks: 13
Overtime hours: 8
Amount of half-time overtime per hour not compensated: $6.77 (based on $13.54/hr.)
Total overtime wages unpaid and liquidated damages: $704.08 X 2 = $1,408.16

**Federal Half-Time Overtime Wage Claim (7/12/15-4/4/17):**
Weeks: 90
Overtime hours: 8
Amount of half-time overtime per hour not compensated: $6.77 (based on $13.54/hr.)
Total overtime wages unpaid and liquidated damages: $4,874.40 X 2 = $9,748.80

**Total Federal Overtime wage claim and liquidated damages: $5,578.48 X 2 = $11,156.96,** *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/10/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
        RIVKAH F. JAFF, ESQ.**