UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  1:17-cv-21528-UU

PEDRO VALENTIN MUNIZ GONZALEZ
and all others similarly situated under 29
I.S.C. 216(b),

    Plaintiff,
vs.

MOISES BAKERY OF MIAMI, INC., a/k/a
MOISES BAKERY, JOAQUIN BRAS,
JACQUELIN BRAS,

    Defendants.
_____/

## RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

COME NOW the Defendants, MOISES BAKERY OF MIAMI, INC., a/k/a MOISES BAKERY, JOAQUIN BRAS, JACQUELIN BRAS, and respond to the Plaintiff's Statement of Claim as follows.

1- Plaintiff PEDRO VALENTIN MUNIZ GONZALEZ was paid all overtime wages he worked and was entitled to receive in addition to all regular time wages for all times relevant hereto.

2- Plaintiff PEDRO VALENTIN MUNIZ GONZALEZ insisted on being paid cash. As such Defendant required Plaintiff sign receipts for monies he was paid in accordance with his regular hours of work, as well as overtime hours he actually worked.  Copy of receipts attached and provided to Plaintiff in conjunction with this response.

DATED this 23rd day of May, 2017.

                           s/Manuel F. Fente, Esq.
                           Florida Bar No:  234737
                           mfente@fentelaw.com
                           Law Offices of Manuel F. Fente, P.A.
                           999 Ponce de Leon Boulevard
                           Tenth Floor, Suite #1010
                           Coral Gables, Florida  33134
                           Phone:  (305)  379-4900/Facsimile:  (305) 423-3212
                           Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:17-cv-21528-UU

PEDRO VALENTIN MUNIZ GONZALEZ and all others similarly situated under 29 U.S.C. 216(b) v. MOISES BAKERY OF MIAMI, INC., a/k/a MOISES BAKERY, JOAQUIN BRAS, JACQUELIN BRAS

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite #605
Miami Beach, Florida  33141